## STATE OF CONNECTICUT *v.* DESI ARNEZ MORTON

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 903 (AC 16391), is denied.

*Donald D. Dakers,* special public defender, in support of the petition.

*Paul Ferencek,* assistant state's attorney, in opposition.

Decided April 28, 1998

## STATE OF CONNECTICUT *v.* JEFFREY PERRY

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 193 (AC 16716), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Lisa Herskowitz,* assistant state's attorney, in opposition.

Decided April 28, 1998

## JOSEPH K. MIMMS *v.* DARIEN CAPITAL MANAGEMENT, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 48 Conn. App. 903 (AC 16769), is denied.

*Charles D. Ray,* in support of the petition.

Decided April 28, 1998